**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

IN RE:

| | |
|---|---|
| CAROLYN L. CAMARDO, CHAPTER 7 TRUSTEE FOR BROWN BUILDING CORP. | CASE NO.: 15-70267-FJS<br>**Chapter 7** |
| **Debtor** | |
| CAROLYN L. CAMARDO, CHAPTER 7 TRUSTEE FOR BROWN BUILDING CORP. | |
| **Plaintiff,** | |
| v. | APN: 16-07010-FJS |
| DAVID BROWN,<br>RND REFRIGERATION, LLC,<br>  a Virginia limited liability company,<br>KID'S TOWN LEARNING CENTER, LLC,<br>  a Virginia limited liability company, and<br>RODA ASSOCIATES, a Virginia general partnership | |

**ORDER REQUIRING FILING OF**
**STATEMENT REGARDING CONSENT TO JURISDICTION**

This matter is before the Court upon the filing, by Carolyn L. Camardo, Chapter 7 Trustee, of a Complaint against David Brown, RND Refrigeration, LLC, Kids's Town Learning Center, LLC and RODA Associates, and the Answer filed on behalf of David S. Brown, Kids's Town Learning Center, LLC and RODA Associates (collectively, the "Defendants"). And it appearing to the Court that the Answer filed by the Defendants has raised a question as to this Court's jurisdiction regarding Counts 1, 3 and 4 of the Complaint, it is

John D. McIntyre (VSB No. 35925)
Wilson & McIntyre, PLLC
101 W. Main Street, Suite 920
Norfolk, Virginia 23510
(T) 757-961-3900
(F) 757-961-3966
jmcintyre@wmlawgroup.com
*Counsel for David Brown, Kid's Town*
  *Learning Center, LLC and RODA Associates*

ORDERED that David Brown, Kids's Town Learning Center, LLC and RODA Associates shall, on or before April 20, 2016, file with this Court a statement indicating whether each party consents to the entry of a final order by the United States Bankruptcy Court for the Eastern District of Virginia, Norfolk Division, regarding Counts 1, 3 and 4 of the Complaint.

The Clerk is directed to send a copy of this Order upon entry to all parties listed on the Service List attached hereto.

ENTERED:  Apr 14 2016                    /s/ Stephen C. St.John
                                          United States Bankruptcy Judge

Entered on Docket:April 15 2016

WE ASK FOR THIS:

*/s/ John D. McIntyre*
John D. McIntyre (VSB No. 35925)
Wilson & McIntyre, PLLC
101 W. Main Street, Suite 920
Norfolk, Virginia 23510
(T) 757-961-3900
(F) 757-961-3966
jmcintyre@wmlawgroup.com
*Counsel for David Brown, Kid's Town*
  *Learning Center, LLC and RODA Associates*


*/s/ Karen M. Crowley*
Karen M. Crowley (VSB No. 35881)           (filed by John D. McIntyre with permission
Crowley, Liberatore, Ryan & Brogan, P.C.    from Karen M. Crowley via electronic mail
Town Point Center, Suite 300                dated April 12, 2016)
150 Boush Street
Norfolk, Virginia 23510
(757) 333-4500 (T)
(757) 333-4501 (F)
*Counsel for Carolyn L. Camardo, Chapter 7*
  *Trustee for the Estate of Brown Building Corporation*

2

## **CERTIFICATION**

  I hereby certify that the foregoing Order has been endorsed by all parties required to do so pursuant to the Rules of Bankruptcy Procedure and the Local Rules.

              */s/ John D. McIntyre*
              John D. McIntyre

**SERVICE LIST:**

John D. McIntyre, Esquire
Wilson & McIntyre, PLLC
101 West Main Street, Suite 920
Norfolk, Virginia  23510

Karen M. Crowley, Esquire
Crowley, Liberatore, Ryan & Brogan, P.C.
Town Point Center, Suite 300
150 Boush Street
Norfolk, Virginia 23510
*Counsel for Carolyn L. Camardo, Chapter 7*
  *Trustee for the Estate of Brown Building Corporation*