**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

IN RE:

| | |
|---|---|
| **CAROLYN L. CAMARDO, CHAPTER 7** <br> **TRUSTEE FOR BROWN BUILDING CORP.** | **CASE NO.: 15-70267-FJS** <br> **Chapter 7** |
| **Debtor** | |
| **CAROLYN L. CAMARDO, CHAPTER 7** <br> **TRUSTEE FOR BROWN BUILDING CORP.** | |
| **Plaintiff,** | |
| v. | **APN: 16-07010-FJS** |
| **DAVID BROWN,** <br> **RND REFRIGERATION, LLC,** <br>   a Virginia limited liability company, <br> **KID'S TOWN LEARNING CENTER, LLC,** <br>   a Virginia limited liability company, and <br> **RODA ASSOCIATES, a Virginia general partnership** | |

### STATEMENT REGARDING CONSENT TO ENTRY OF FINAL ORDER

NOW COMES David Brown, Kids Town Learning Center, LLC, and RODA Associates (collectively, the "Defendants"), by counsel, and file this Statement Regarding Consent to Entry of Final Order ("Statement"). And for their Statement, the Defendants respectfully state as follows:

1.  Pursuant to this Court's Order entered on April 15, 2016, the Defendants file this Statement to evidence their consent to the entry of a final order by the United States Bankruptcy

John D. McIntyre (VSB No. 35925)
Wilson & McIntyre, PLLC
101 W. Main Street, Suite 920
Norfolk, Virginia 23510
(T) 757-961-3900
(F) 757-961-3966
jmcintyre@wmlawgroup.com
*Counsel for David Brown, Kid's Town*
  *Learning Center, LLC and RODA Associates*

Court for the Eastern District of Virginia, Norfolk Division, in relation to Counts 1, 3 and 4 of the Complaint.

Respectfully submitted,

DAVID BROWN, KID'S TOWN LEARNING CENTER, LLC AND RODA ASSOCIATES

By:    /s/ John D. McIntyre
        Of Counsel

John D. McIntyre (VSB No. 35925)
Wilson & McIntyre, PLLC
101 W. Main Street, Suite 920
Norfolk, Virginia 23510
(T) 757-961-3900
(F) 757-961-3966
jmcintyre@wmlawgroup.com
*Counsel for David Brown, Kid's Town*
 *Learning Center, LLC and RODA Associates*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2016, a true and correct copy of the foregoing Statement Regarding Consent to Entry of Final Order was served via first class, United States Mail, postage pre-paid, to:

Karen M. Crowley, Esquire
Crowley, Liberatore, Ryan & Brogan, P.C.
150 Boush Street, Suite 300
Norfolk, VA 23510
*Counsel for Carolyn L. Camaro, Chapter 7*
*Trustee for the Estate of Brown Building Corporation*

   /s/ John D. McIntyre
     Of Counsel